**BLEK CO., Manufacturers, v. MISHAWAKA RUBBER & WOOLEN MFG. CO.**

(Court of Appeals of District of Columbia. Submitted January 14, 1927. Decided March 7, 1927.)

No. 1911.

Trade-marks and trade-names and unfair competition ☞43—Use of trade-mark on boots, overshoes, and socks held to preclude registration of deceptively similar mark for use on garters.

Use of trade-mark on rubber boots, overshoes, woolen boots, and socks *held* to preclude registration of deceptively similar trade-mark for use on men's, boy's, children's and women's garters.

Appeal from Decision of Commissioner of Patents.

Proceeding for registration of trade-mark by the Blek Company, Manufacturers, opposed by the Mishawaka Rubber & Woolen Manufacturing Company. From a decision sustaining the opposition, applicant appeals. Affirmed.

Ralph Kalish, of St. Louis, Mo., for appellant.

E. W. Shepard, of Washington, D. C., and E. M. Giles, of Chicago, Ill., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. Appeal from concurrent decisions of the tribunals of the Patent Office, in a trade-mark interference proceeding, refusing registration to the appellant.

Long prior to the adoption by appellant of the mark consisting of the words "Red Dot," with a circular spot between, for use on men's, boy's, children's, and women's garters, appellee had widely used a similar mark on rubber boots, overshoes, woolen boots, and socks. The Patent Office found, and we concur in the finding, that the use of deceptively similar marks on socks and garters would be likely to cause confusion in trade and mislead purchasers. Wolf & Sons v. Lord & Taylor, 41 App. D. C. 514.

The decision is affirmed.

Affirmed.